UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:09-cr-0025-01 (B/F) |
| | ) | |
| DAVID SCOTT SAFFELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that David Scott Saffell's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 15 months in the custody of the Attorney General or his designee. The Court recommends that the defendant be designated to the Federal Correctional Institution at Terre Haute, Indiana. Upon Mr. Saffell's release from confinement, he will not be subject to supervised release. The service of the sentence is to begin immediately.

SO ORDERED this 30th day of December, 2010.

Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana

Distribution:

Matt Rinka,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal